# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CHARLENE TAYLOR**                                               **PLAINTIFF**

**v.**                              **No: 4:21-cv-1155-DPM**

**KILOLO KIJAKAZI, Acting Commissioner,**

## JUDGMENT

The Commissioner's decision is reversed and the claim is remanded for further administrative review.  This is a "sentence four" remand.  42 U.S.C. § 405(g);  *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101–02 (1991).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 June 2022