IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLENE TAYLOR**                                                             PLAINTIFF

v.                           No: 4:21-cv-1155-DPM

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                        DEFENDANT

## ORDER

The Government hasn't objected to Taylor's motion for an award of fees under 28 U.S.C. § 2412(d). The hours and fees are reasonable. The unopposed motion, *Doc. 20*, is therefore granted. The Court awards a reasonable attorney's fee of $5,869.50, plus $33.64 in costs, for a total of $5,903.14. *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010); FED. R. CIV. P. 54(d). The check should be mailed to Taylor's lawyer.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 July 2022